IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORMA L. RILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV 08-509-JPG-PMF ) |
| STONEBRIDGE LIFE INSURANCE CO., | ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: August 13, 2009**

JUSTINE FLANAGAN, ACTING CLERK

s/Brenda K. Lowe, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
                U. S. DISTRICT JUDGE